EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
| | 2012 TSPR 14 |
| | 184 DPR ____ |
| Fernando E. Betancourt Medina | |

Número del Caso: AB-2011-55

Fecha: 25 de enero de 2012

Abogado de la parte Peticionaria:

Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Fernando E. Betancourt Medina     AB-2011-0055

**RESOLUCIÓN**

San Juan, Puerto Rico, a 25 de enero de 2012.

Examinada la *Solicitud de Reconsideración, la Contestación a Querella y la Moción Informativa en Apoyo a Solicitud de Reconsideración,* se autoriza la reinstalación al Sr. Fernando E. Betancourt Medina al ejercicio de la abogacía. No obstante, se refiere el asunto al Procurador General para la investigación y el informe correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Martínez Torres, proveería no ha lugar en esta etapa a la solicitud de reinstalación.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

eaj